The Laurel Beach Association et al. *v.* Zoning Board of Appeals of the City of Milford et al.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*Cleaveland J. Rice, Jr.,* with whom was *Barry R. Schaller,* for the appellees (plaintiffs).

*Robert L. Berchem,* for the appellants (defendants Plaskon).

Argued December 2—decided December 2, 1969

Fred Ferro *v.* Frederick G. Reincke, Warden, Connecticut State Prison

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

The motion by Bernard D. Gaffney to withdraw his appearance for the plaintiff in the appeal from the Superior Court in Hartford County is granted.

*George D. Stoughton,* assistant state's attorney, for the appellee (defendant).

*Bernard D. Gaffney* and *James A. Wade,* special public defenders, for the appellant (plaintiff).